# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0100−2 | User: rparker | Date Created: 7/29/2015 |
| Case: 15−20461 | Form ID: pdf900 | Total: 9 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of U.S. Trustee | ustpregion01.po.ecf@usdoj.gov |
| tr | Peter C. Fessenden | jawill@chap13.com |
| aty | Eric J. Wycoff, Esq. | ewycoff@pierceatwood.com |
| aty | James F. Molleur, Esq. | jim@molleurlaw.com |
| aty | Tanya Sambatakos, Esq. | tanya@molleurlaw.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Larry D Andrews | 250 Alfred St, Apt 2 | Biddeford, ME 04005 | |
| jdb | Lisa A Andrews | 250 Alfred St, Apt 2 | Biddeford, ME 04005 | |
| cr | Central Maine Power Company | Edison Drive | P.O. Box 1070 | Augusta, ME 04332−1070 |
| smg | State of Maine | Bureau of Revenue Services | Compliance Division Bankruptcy Unit | P.O. Box 1060   Augusta, ME 04332 |

TOTAL: 4